

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Steven Painter, Individually; Tonya Wright, Individually and as Representative of the Estate of Earl Wright III; Tabatha Roselio Rios, as Next Friend of Albert A. Carrillo, Jr., a Minor; and Virginia Weaver, Individually, | § | No. 08-19-00226-CV |
| | § | Appeal from the |
| | § | 83rd District Court |
| | § | of Pecos County, Texas |
| Appellants, | § | (TC# P-6666-B-83-CV) |
| v. | § | |
| Amerimex Drilling I, LTD, | § | |
| Appellee. | § | |

## **O R D E R**

The Court GRANTS the Appellee's motion to reschedule the October 22, 2020 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 23rd day of September, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.